## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CSX TRANSPORTATION, INC.** | * | **CASE NO. 2:21-cv-00195** |
| | * | |
| **VERSUS** | * | **SECTION "I"** |
| | * | |
| **OTIS CARRIERS, LLC, ET AL.** | * | **JUDGE LANCE M. AFRICK** |
| | * | |
| | * | **MAGISTRATE JUDGE MICHAEL B. NORTH** |

### CONSENT MOTION TO SUBSTITUTE LOCAL COUNSEL OF RECORD

Plaintiff CSX Transportation, Inc. ("CSX") hereby respectfully moves this Court to substitute local counsel of record in the above-styled action as follows:

CSX respectfully moves to enroll Cary A. Des Roches of the Law Offices of Cary A. Des Roches, 225 Phosphor Avenue, Metairie, LA 70005, Email: cdr@desrocheslaw.com, as local counsel of record for CSX in the above-styled action.

CSX further respectfully moves this Court to allow Brent A. Talbot, Thomas D. Forbes, Alexander J. Degiulio, and any representative of the law firm of Chaffe McCall, L.L.P. to withdraw as local counsel of record on behalf of CSX in the above-styled action due to a conflict of interest discovered in the course of representation. Jeffrey D. Cohen of Cohen & Merrick P.C. will be designated as and serve as trial attorney for CSX in this matter. Mr. Talbot, Mr. Forbes, and Mr. Degiulio have been notified of CSX's intention to substitute local counsel and consent to this Motion.

In support of its Motion and pursuant to Local Rule 7.6, CSX represents that the undersigned counsel has contacted opposing counsel and that opposing counsel is unopposed to the filing of this Motion. Opposing counsel has not filed an objection to CSX substituting local counsel and has no objection to the filing of this Motion. This request does not seek to modify

the date to submit motions to the Court or the currently scheduled trial date. The requested substitution of local counsel will not delay or otherwise impact the deadlines set by the Court for this matter.

The undersigned counsel shall continue as counsel for CSX in the above-styled action and will work with substitute local counsel in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Respectfully Submitted,

**COHEN & MERRICK P.C.**

By: /s/ Matthew J. Tinnelly
     Eric C. Palombo (*pro hac vice*)
     Matthew J. Tinnelly (*pro hac vice*)
     125 Coulter Ave., Suite 1000
     Ardmore, PA 19003
     Telephone: 215-609-1110
     Facsimile: 215-609-1117
     Email: Epalombo@freightlaw.net
     Email: Mtinnelly@freightlaw.net

**CHAFFE McCALL, L.L.P.**

By: /s/ Brent A. Talbot
     Brent A. Talbot, #19174
     Thomas D. Forbes, #05682
     Alexander J. Degiulio, #38184
     2300 Energy Centre, 1100 Poydras Street
     New Orleans, LA 70163
     Telephone: 504-585-7000
     Facsimile: 504-544-6095
     Email: talbot@chafee.com
     Email: forbes@chaffe.com
     Email: alex.degiulio@chaffe.com

**LOCAL COUNSEL**

**LAW OFFICE OF CARY A. DES ROCHES**

By: /s/ Cary A. Des Roches
Cary A. Des Roches, #19550
225 Phosphor Avenue
Metairie, LA 70005

and

1100 Poydras Street, Suite 3250
New Orleans, Louisiana 70163
Telephone: (504) 235-9322
Facsimile: (504) 588-9750
Email: cdr@desrocheslaw.com

Date: July 6, 2021

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 6, 2021, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record is being served this filing by the Court's electronic filing system.

                                                      By:    /s/ Matthew J. Tinnelly  
                                                                 Matthew J. Tinnelly